# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA VERNON,<br><br>                    Plaintiff,<br><br>          v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>                    Defendant. | Case No. 2:17-cv-08460 AFM<br><br>**JUDGMENT** |

     In accordance with the Memorandum Opinion and Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings filed concurrently herewith,

     IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Order.

DATED:  10/26/2018

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE